Paul Lewis HAYES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Rehearing Denied May 10, 1974.

Anthony M. Wilhoit, Paul F. Isaacs, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

Tommy Roy TRIPLETT, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied May 10, 1974.

Robert L. Fears, Hopkinsville, Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

Betty Adamson WAGONER and Cecil Leon Wagoner, Co-Administrators, etc., et al., Appellants,

v.

CHRYSLER MOTORS CORPORATION, et al., etc., et al., Appellees.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Rehearing Denied May 10, 1974.

John W. Collis, Anggelis & Vimont, Harold G. Slone, Joseph L. Famularo, Lexington, for appellants.

Andrew V. Fox & Woodson T. Wood, Fox, Wood & Wood, Maysville, William O. Guethlein, Boehl, Stopher, Graves & Deindoerfer, Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.